**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

VS.                                                          CASE NO. 6:13-cr-182-JA-G_K

**WILLIAM SCOTT CALLAHAN**

**ORDER**

Before the Court is the Government's Motion to Substitute the Victim (Doc. 4). The Government requests that the Court enter an order substituting Pa. Bo. as the victim in the place of P.B., who has passed away. Upon consideration, it is **ORDERED** that the motion (Doc. 4) is **GRANTED**. All future restitution payments in this case shall be made payable to Pa. Bo.

**DONE** and **ORDERED** on July 17, 2024.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
William Scott Callahan